DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: 650.618.4360
Facsimile: 650.618.4368

Attorneys for Defendant
APPLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | CASE NO. CV 14-5330-HSG (HRL) <br><br> **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Honorable Haywood Gilliam |

Defendant Apple, Inc. ("Apple") and Plaintiff DSS Technology Management ("DSS") hereby submit this stipulation to continue the case management conference currently scheduled for March 17th.

WHEREAS, counsel for Defendant Apple, Inc. will be attending trial from March 16 until April 3.

WHEREAS, the parties have agreed to continue the CMC to the week of April 6, or a date thereafter convenient to the Court.

IT IS HEREBY STIPULATED by and between the parties hereto that the case management conference scheduled for March 17 will be continued to the week of April 6, 2015 or the next available date convenient to the Court, and that the CMC statements shall remain due on March 2.

February 23, 2015

/s/ *Marc Belloli*
Marc Belloli
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone:  650.618.4360
Facsimile:  650.618.4368


/s/ *Brian Carpenter*
Brian Andrew Carpenter
Eric William Buether
Mark Perantie
Michael David Ricketts
Timothy J.H. Craddock
Christopher Michael Joe
Buether Joe & Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
214-466-1273
Fax: 214-635-1829

## ATTESTATION

I hereby attest that all other signatories listed concur in the content and have authorized this filing.

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the Case Management Conference will be continued to April 7, 2015.

Date: February 23, 2015          By: /s/ Haywood S. Gilliam Jr.

HONORABLE HAYWOOD GILLIAM
United States District Judge