CHRISTOPHER M. JOE
Texas State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
ERIC W. BUETHER
Texas State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
BRIAN A. CARPENTER
Texas State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
MARK D. PERANTIE
Texas State Bar No. 24053647
Mark.Perantie@BJCIPLaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:     (214) 466-1272
Facsimile:     (214) 635-1828

MARC A. FENSTER
State Bar No. 181067
mfenster@raklaw.com
ADAM S. HOFFMAN
State Bar No. 218740
ahoffman@raklaw.com
**RUSS, AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone:     (310) 826-7474
Facsimile:     (310) 826-6991

*Attorneys for Plaintiff*
*DSS Technology Management, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., | CASE NUMBER:  3:14-CV-05330-HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DSS TECHNOLOGY MANAGEMENT, INC. TO RESPOND TO APPLE, INC.'S MOTION TO STAY CASE PENDING COMPLETION OF IPR PROCEEDINGS** |
| vs. | |
| APPLE, INC., | |
| Defendant. | |

Plaintiff DSS Technology Management, Inc. ("DSS") and Defendant Apple, Inc. ("Apple") hereby submit this stipulation to extend the time for DSS to respond to Apple's Motion to Stay Case Pending Completion of IPR Proceedings to Friday, March 27, 2015.

-1-

1
2
3

WHEREAS, DSS and Apple have agreed to extend the time for DSS to file its response to Apple's Motion to Stay Case Pending Completion of IPR Proceedings to Friday, March 27, 2015,

4
5
6

IT IS HEREBY STIPULATED by and between DSS and Apple that the date for DSS to file its response to Apple's Motion to Stay Case Pending Completion of IPR Proceedings, currently March 26, 2015, will be continued to March 27, 2015.

7

DATED:  March 26, 2015

8
9
10
11
12
13
14
15

**BUETHER JOE & CARPENTER, LLC**

By:     */s/ Christopher M. Joe*              
Christopher M. Joe
Eric W. Buether
Brian A. Carpenter
Mark D. Perantie
Marc A. Fenster
Adam S. Hoffman

Attorneys for Plaintiff
DSS Technology Management, Inc.

16

**ATTESTATION**

17
18

I hereby attest that all other signatories listed concur in the content and have authorized this filing.

19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND – CASE NO. C 14-05330 HSG

1

2                                **ORDER**

3        Good cause appearing therefore, IT IS HEREBY ORDERED that DSS Technology

4  Management, Inc.'s response to Apple, Inc.'s Motion to Stay Case Pending Completion of IPR

5  Proceedings is due on Friday, March 27, 2015.

6

7

8        Date:    3/26/2015          By: *Haywood S. Gill Jr.*

9                                        HON. HAYWOOD S. GILLIAM, JR.
                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-