1  CHRISTOPHER M. JOE
   Texas State Bar No. 00787770
2  Chris.Joe@BJCIPLaw.com
   ERIC W. BUETHER
3  Texas State Bar No. 03316880
   Eric.Buether@BJCIPLaw.com
4  BRIAN A. CARPENTER
   Texas State Bar No. 03840600
5  Brian.Carpenter@BJCIPLaw.com
   MARK D. PERANTIE
6  Texas State Bar No. 24053647
   Mark.Perantie@BJCIPLaw.com
7  **BUETHER JOE & CARPENTER, LLC**
   1700 Pacific Avenue
8  Suite 4750
   Dallas, Texas 75201
9  Telephone:    (214) 466-1272
   Facsimile:    (214) 635-1828
10
   MARC A. FENSTER
11 State Bar No. 181067
   mfenster@raklaw.com
12 ADAM S. HOFFMAN
   State Bar No. 218740
13 ahoffman@raklaw.com
   **RUSS, AUGUST & KABAT**
14 12424 Wilshire Blvd., 12th Floor
   Los Angeles, CA 90025
15 Telephone:    (310) 826-7474
   Facsimile:    (310) 826-6991
16
   *Attorneys for Plaintiff*
17 *DSS Technology Management, Inc.*

18                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., | CASE NUMBER:  3:14-CV-05330-HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DSS TECHNOLOGY MANAGEMENT, INC. TO RESPOND TO APPLE, INC.'S MOTION TO STAY CASE PENDING COMPLETION OF IPR PROCEEDINGS** |
| vs. | |
| APPLE, INC., | |
| Defendant. | |

Plaintiff DSS Technology Management, Inc. ("DSS") and Defendant Apple, Inc. ("Apple") hereby submit this stipulation to extend the time for DSS to respond to Apple's Motion to Stay Case Pending Completion of IPR Proceedings to Monday, March 30, 2015 and to

-1-

extend the time for Apple to file its reply in support of its Motion to Stay Case Pending Completion of IPR Proceedings to Friday, April 10, 2015.

WHEREAS, DSS and Apple have agreed to extend the time for DSS to file its response to Apple's Motion to Stay Case Pending Completion of IPR Proceedings to Monday, March 30, 2015 and have also agreed to extend the time for Apple to file its reply in support of its Motion to Stay Case Pending Completion of IPR Proceedings to Friday, April 10, 2015,

IT IS HEREBY STIPULATED by and between DSS and Apple that the date for DSS to file its response to Apple's Motion to Stay Case Pending Completion of IPR Proceedings, currently March 27, 2015, will be continued to March 30, 2015.

IT IS FURTHER STIPULATED by and between DSS and Apple that the date for Apple to file its reply in support of its Motion to Stay Case Pending Completion of IPR Proceedings will be extended to April 10, 2015.

DATED:  March 27, 2015

**BUETHER JOE & CARPENTER, LLC**

By:   */s/ Christopher M. Joe*
      Christopher M. Joe
      Eric W. Buether
      Brian A. Carpenter
      Mark D. Perantie
      Marc A. Fenster
      Adam S. Hoffman

      Attorneys for Plaintiff
      DSS Technology Management, Inc.

**ATTESTATION**

I hereby attest that all other signatories listed concur in the content and have authorized this filing.

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | Good cause appearing therefore, IT IS HEREBY ORDERED that DSS Technology Management, Inc.'s response to Apple, Inc.'s Motion to Stay Case Pending Completion of IPR Proceedings is due on Monday, March 30, 2015. |

Good cause appearing therefore, IT IS HEREBY ORDERED that DSS Technology Management, Inc.'s response to Apple, Inc.'s Motion to Stay Case Pending Completion of IPR Proceedings is due on Monday, March 30, 2015.

IT IS FURTHER ORDERED that Apple, Inc.'s Reply in Support of its Motion to Stay Case Pending Completion of IPR Proceedings is due on Friday, April 10, 2015. The Court will not grant any further extensions of time in relation to the Motion to Stay briefing schedule.

Date:   3/30/2015                    By: *[signature]*
                                         HON. HAYWOOD S. GILLIAM, JR.
                                         United States District Judge