UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS Technology Management, Inc., | **CASE NO. C-14-05330-HSG** |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| Apple, Inc., | |
| Defendant. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒   Private ADR (*please identify process and provider*)  Private Mediation

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☒   other requested deadline  After the Court's Claim Construction Order is issued.

Dated:  4/13/2015                              /s/ *Chris Joe*
                                                          Attorney for Plaintiff

Dated:  4/13/2015                              /s/ *Jeremiah A. Armstrong*
                                                          Attorney for Defendant

**SIGNATURE ATTESTATION**
Pursuant to Civil L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request. I hereby attest that all other signatories listed concur in the content and have authorized this filing.

Dated:  4/13/2015                              /s/ *Jeremiah A. Armstrong*
                                                          Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

~~[PROPOSED]~~ **ORDER**

         ___     The parties' stipulation is adopted and IT IS SO ORDERED.
         X     The parties' stipulation is modified as follows, and IT IS SO ORDERED.
The parties shall conduct private mediation by July 17, 2015.  If the Court does not issue a claim construction order by June 19, 2015, the Court will reset the mediation deadline.

Dated: 4/14/2015

                                      Haywood S. Gilliam, Jr.
                                      UNITED STATES DISTRICT JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11