DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
ELIZABETH DAY (SBN 177125)
eday@feinday.com
IAN N. FEINBERG (SBN 88234)
ifeinberg@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
NICKOLAS BOHL (SBN 245943)
nbohl@feinday.com
JEREMIAH ARMSTRONG (SBN 253705)
jarmstrong@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel:  650.618.4360
Fax:  650.618.4368

Attorneys for Defendant
Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO.  C 14-05330 HSG<br><br>**JOINT STATUS REPORT REGARDING INSTITUTION OF IPR PROCEEDINGS** |

Counsel for Plaintiff and Defendant jointly submit the following Joint Status Report.

On June 25, 2015, the Patent Trial and Appeal Board ("PTAB") granted Defendant's petitions and instituted two *Inter Partes* Review proceedings – Case Nos. IPR2015-00369 and IPR2015-00373.  *See* Exhibits A and B.  Collectively, the two proceedings instituted *Inter Partes* Review as to all asserted claims of U.S. Patent No. 6,128,290 ("the '290 patent"), the only remaining patent at issue in this case.  The PTAB issued identical schedules for the two

proceedings.  *See* Exhibits C and D.  Under the schedules, the final date for any written submission is March 1, 2016, and the date for oral argument (if requested) will be March 15, 2016.  *Id.*  Thereafter the PTAB will issue two written decisions regarding the validity of the asserted claims of the '290 patent.

The parties are available to answer any questions the Court may have regarding these proceedings.

### E-FILING ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

By: /s/ *Marc Belloli*
Marc Belloli

July 1, 2015

July 1, 2015

/s/ *Mark Davin Perantie*
Mark Davin Perantie
mark.perantie@bjciplaw.com
Brian Andrew Carpenter
brian.carpenter@BJCIPlaw.com
Eric William Buether
eric.buether@bjciplaw.com
Michael David Ricketts
Mickey.Ricketts@bjciplaw.com
Timothy J.H. Craddock
Tim.Craddock@bjciplaw.com
Christopher Michael Joe
Chris.Joe@bjciplaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
214-466-1273
Fax: 214-635-1829


Adam S. Hoffman
**RUSS, AUGUST & KABAT**
12424 Wilshire Blvd,12th Floor
Los Angeles, CA  90025
310 826-7474
ahoffman@raklaw.com

Attorneys for Plaintiff
DSS Technology Management, Inc.

/s/ *Marc Belloli*
Marc Belloli
mbelloli@feinday.com
David Alberti
dalberti@feinday.com
Elizabeth Day
eday@feinday.com
Ian N. Feinberg
ifeinberg@feinday.com
Yakov Zolotorev
yzolotorev@feinday.com
Nickolas Bohl
nbohl@feinday.com
Jeremiah Armstrong
jarmstrong@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel:  650.618.4360
Fax:  650.618.4368

Attorneys for Defendant
Apple Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28