1

2

3

4                                UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7    DSS TECHNOLOGY MANAGEMENT,              Case No.  14-cv-05330-HSG
     INC.,
8                        Plaintiff,          **ORDER DIRECTING PARTIES TO
                                             FILE JOINT STATUS REPORT**
9            v.
                                             Re: Dkt. No. 125
10   APPLE, INC.,

11                       Defendant.

12

13          On July 7, 2015, the Court issued an order staying this action until June 30, 2016, or the

14   issuance of a final written decision by the Patent Trial and Appeal Board ("PTAB") regarding the

15   inter partes review ("IPR") proceedings, whichever occurs first.  Dkt. No. 125.  The Court directed

16   the parties to file a brief joint status report regarding the IPR proceedings on February 1, 2016, and

17   every 45 days thereafter.  *Id.*  The parties did not file the joint status report due June 16, 2016.

18          Accordingly, the Court DIRECTS the parties to file a joint status report updating the Court

19   on the status of the IPR proceedings by June 30, 2016.

20          **IT IS SO ORDERED.**

21   Dated:  6/28/2016

22                                           _____

23                                           HAYWOOD S. GILLIAM, JR.
                                             United States District Judge
24

25

26

27

28

United States District Court
Northern District of California