DLA PIPER LLP (US)
MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Bar No. 291331)
clayton.thompson@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
jake.zolotorev@dlapiper.com
SUMMER TORREZ (Bar No. 264858)
summer.torrez@dlapiper.com
JONATHAN HICKS (Bar No. 274634)
jonathan.hicks@dlapiper.com
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000

JACOB D. ANDERSON (Bar No. 265768)
jacob.anderson@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

FEINBERG DAY ALBERTI LIM & BELLOLI LLP
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
JEREMIAH ARMSTRONG (SBN 253705)
jarmstrong@feinday.com
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | CASE NO. 14-cv-05330 HSG<br><br>**APPLE INC.'S MOTION FOR ORDER AND ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

-1-

APPLE'S MOTION FOR ORDER AND ORDER
PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL - CASE NO. 14-CV-05330 (HSG)

WEST\284001578.1

Pursuant to Civil L.R. 5-1(c)(2)(E), 7-11 and 11-5, defendant Apple Inc. ("Apple") hereby moves the Court for an order permitting the withdrawal of its counsel of record, Margaret Elizabeth Day, David L. Alberti, Ian N. Feinberg, Jeremiah Aaron Armstrong and Marc Christopher Belloli of Feinberg Day Alberti Lim & Belloli LLP, and the appearance of substitute counsel, Mark Fowler, Clayton Thompson, Yakov M. Zolotorev, Summer Torrez, Jacob Anderson and Jonathan Hicks of DLA Piper LLP (US), on its behalf in this action. Apple respectfully submits that such substitution of counsel is in the interests of justice, and this motion is not being made for purposes of delay or any other improper purpose.

Apple, Feinberg Day Alberti Lim & Belloli LLP and DLA Piper LLP (US) consent to such withdrawal and substitution of counsel. Further, on November 8, 2018, counsel for plaintiff DSS Technology Management, Inc., Brian Carpenter of Buether Joe & Carpenter, LLC, was informed of the proposed substitution and confirmed on November 9, that plaintiff does not oppose this motion.

Accordingly, Apple respectfully requests that the Court enter an order permitting withdrawal and substitution of counsel for Apple; that all necessary changes be made to the Court's records and ECF system for this case by removing Margaret Elizabeth Day, David L. Alberti, Ian N. Feinberg, Jeremiah Aaron Armstrong and Marc Christopher Belloli of Feinberg Day Alberti Lim & Belloli LLP as counsel of record and substituting in their place Mark Fowler, Clayton Thompson, Yakov M. Zolotorev, Summer Torrez and Jonathan Hicks of DLA Piper LLP (US); and that all future communications regarding this case be directed to the following:

```
DLA PIPER LLP (US)
MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Bar No. 291331)
clayton.thompson@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
jake.zolotorev@dlapiper.com
SUMMER TORREZ (Bar No. 264858)
summer.torrez@dlapiper.com
JONATHAN HICKS (Bar No. 274634)
jonathan.hicks@dlapiper.com
2000 University Avenue
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

East Palo Alto, CA 94303-2214
Tel: 650.833.2000

JACOB D. ANDERSON (Bar No. 265768)
jacob.anderson@dlapiper.com
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700

Respectfully submitted,

Dated: November 13, 2018    DLA PIPER LLP (US)

By: */s/ Clayton Thompson*
    CLAYTON THOMPSON

Dated: November 13, 2018    FEINBERG DAY ALBERTI LIM & BELLOLI LLP

By: */s/ David Alberti*
    DAVID ALBERTI

Attorneys for Defendant
APPLE INC.

Dated: November 13, 2018    APPLE INC.

By: */s/ Kim Moore*
    KIM MOORE

-3-
APPLE'S MOTION FOR ORDER AND ORDER
PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL - CASE NO. 14-CV-05330 (HSG)

WEST\284001578.1

## ECF CERTIFICATION

I, David Alberti, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Clayton Thompson and Kim Moore have given their concurrence in the filing of this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 13, 2018        By: */s/ David Alberti*
                                                      DAVID ALBERTI

# ORDER

Having reviewed and considered defendant Apple Inc.'s Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Margaret Elizabeth Day, David L. Alberti, Ian N. Feinberg, Jeremiah Aaron Armstrong and Marc Christopher Belloli of Feinberg Day Alberti Lim & Belloli LLP be permitted to withdraw as counsel of record, and Mark Fowler, Clayton Thompson, Yakov M. Zolotorev, Summer Torrez, Jacob Anderson and Jonathan Hicks of DLA Piper LLP (US) be permitted to appear as substitute counsel of record for Apple Inc. The Court's records and ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: November 14, 2018

HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE