MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Bar No. 291331)
clayton.thompson@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
jake.zolotorev@dlapiper.com
SAORI KAJI (Bar No. 260392)
saori.kaji@dlapiper.com
SUMMER TORREZ (Bar No. 264858)
summer.torrez@dlapiper.com
JONATHAN HICKS (Bar No. 274634)
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

ERIN P. GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
JACOB D. ANDERSON (Bar No. 265768)
jacob.anderson@dlapiper.com
PETER MAGGIORE (Bar No. 292534)
peter.maggiore@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | CASE NO. 14-cv-05330 HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AUTHORIZING CERTAIN DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY** |

WEST\286425210.1    -1-
JOINT STIPULATION AND [PROPOSED] ORDER AUTHORIZING
CERTAIN DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY
CASE NO. 14-CV-05330 (HSG)

Pursuant to Civil Local Rules 7-1(a)(5) and 7-12, Plaintiff DSS Technology Management, Inc. ("DSS") and Defendant Apple Inc. ("Apple"), through their respective counsel of record, have met and conferred about the discovery that remains to be conducted in this case, and hereby stipulate and petition the Court to authorize the following party and third-party depositions to proceed after the close of fact discovery of June 14, 2019 (Dkt. 183):

- Ben Walter (one of Apple's witnesses) – June 21, 2019
- 30(b)(6) Deposition of Third Party Stragent LLC – June 28, 2019
- 30(b)(6) Deposition of Third Party IPV LLC – July 9, 2019
- 30(b)(6) Deposition of Third Party Honeywell International Inc. – July 11, 2019
- 30(b)(6) Deposition of Third Party Bluetooth SIG, Inc. – July 17, 2019 or a date in July 2019 to be determined
- 30(b)(6) Deposition of Third Party Microsoft Corporation – A date in July 2019 to be determined
- 30(b)(6) Deposition of Third Party Raytheon BBN Technologies Corp. – A date in July 2019 to be determined
- 30(b)(6) Deposition of DSS (Pamela Avallone) – July 30, 2019
- Louis Bokma (one of Apple's witnesses) – A date in July 2019 to be determined

Pursuant to Civil L.R. 5-1(i)(3), concurrence to the filing of this document was obtained from Kenneth Kula, counsel for DSS Technology Management, Inc., on June 13, 2019.

DLA PIPER LLP (US)

WEST\286425210.1

-2-

JOINT STIPULATION AND [PROPOSED] ORDER AUTHORIZING
CERTAIN DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY
CASE NO. 14-CV-05330 (HSG)

| | |
|---|---|
| Dated: June 13, 2019 | **DLA PIPER LLP (US)** |
| | By */s/ Clayton Thompson* |
| | MARK D. FOWLER |
| | CLAYTON THOMPSON |
| | YAKOV M. ZOLOTOREV |
| | ERIN P. GIBSON |
| | SAORI KAJI |
| | SUMMER TORREZ |
| | JACOB D. ANDERSON |
| | JONATHAN HICKS |
| | PETER MAGGIORE |
| | Attorneys for Defendant APPLE INC. |
| | **BUETHER JOE & CARPENTER, LLC** |
| | By */s/ Kenneth Kula* |
| | KENNETH KULA |
| | CHRISTOPHER M. JOE |
| | ERIC W. BUETHER |
| | BRIAN A. CARPENTER |
| | MARK D. PERANTIE |
| | MARC A. FENSTER |
| | Attorneys for Plaintiff DSS Technology Management, Inc. |

DLA PIPER LLP (US)

WEST\286425210.1

-3-

JOINT STIPULATION AND [PROPOSED] ORDER AUTHORIZING CERTAIN DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY
CASE NO. 14-CV-05330 (HSG)

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____ June 14, 2019

By: /s/ Haywood S. Gilliam, Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge

DLA Piper LLP (US)

WEST\286425210.1

-4-

JOINT STIPULATION AND [~~PROPOSED~~] ORDER AUTHORIZING
CERTAIN DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY
CASE NO. 14-CV-05330 (HSG)