CHRISTOPHER M. JOE (Admitted PHV)
Chris.Joe@BJCIPLaw.com
ERIC W. BUETHER (Admitted PHV)
Eric.Buether@BJCIPLaw.com
BRIAN A. CARPENTER (CA 262349)
Brian.Carpenter@BJCIPLaw.com
KENNETH P. KULA (Admitted PHV)
Ken.Kula@BJCIPLaw.com
NIKY R. BAGLEY (Admitted PHV)
Niky.Bagley@BJCIPLaw.com
MICHAEL D. RICKETTS (Admitted PHV)
Mickey.Ricketts@BJCIPLaw.com
MICHAEL C. POMEROY (Admitted PHV)
Michael.Pomeroy@BJCIPLaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:   (214) 466-1271
Facsimile:   (214) 635-1827

MARC A. FENSTER
State Bar No. 181067
mfenster@raklaw.com
Adam S. Hoffman
State Bar No. 218740
ahoffman@raklaw.com
**RUSS, AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone:   (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff
DSS Technology Management, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., | CASE NUMBER: 4:14-CV-05330-HSG |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINES** |
| APPLE, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 6-2, Plaintiff DSS Technology Management, Inc. ("DSS") and Defendant Apple Inc. ("Apple") hereby submit this stipulation to extend the deadlines for the following events in light of the Court's extension of the date for the hearing on dispositive motions from October 31, 2019, to December 19, 2019 (Dkt. 230):

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Close of Expert Discovery | August 30, 2019 | September 27, 2019 |
| Deadline for Dispositive Motions and Daubert Motions | September 12, 2019 | October 17, 2019 |
| Opposition to Dispositive Motions and Daubert Motions | October 3, 2019 | November 14, 2019 |
| Replies in Support of Dispositive Motions and Daubert Motions | October 17, 2019 | December 5, 2019 |

WHEREAS, DSS and Apple have agreed to extend the deadlines as noted above; and

WHEREAS, the requested date changes would not have any effect on any other dates in the schedule for this case;

IT IS HEREBY STIPULATED by and between DSS and Apple that the proposed deadlines for the above-referenced calendar events will be changed as noted.

STIPULATION TO EXTEND DEADLINES
– CASE NO. C 14-05330 HSG

DATED: August 9, 2019

**BUETHER JOE & CARPENTER, LLC**

By: /s/ Niky R. Bagley
 Christopher M. Joe
 Eric W. Buether
 Brian A. Carpenter
 Niky R. Bagley
 Michael D. Ricketts
 Michael C. Pomeroy
 Marc A. Fenster
 Adam S. Hoffman

 Attorneys for Plaintiff
 DSS Technology Management, Inc.

Dated: August 9, 2019

**DLA PIPER LLP (US)**

By: /s/ Summer Torrez
 MARK D. FOWLER
 CLAYTON THOMPSON
 YAKOV M. ZOLOTOREV
 ERIN P. GIBSON
 SAORI KAJI
 SUMMER TORREZ
 JACOB D. ANDERSON
 JONATHAN HICKS
 PETER MAGGIORE

 Attorneys for Defendant
 APPLE INC.

## ATTESTATION

I hereby attest that all other signatories listed concur in the content and have authorized this filing.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: 8/9/2019  By: *Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge