MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Bar No. 291331)
clayton.thompson@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
jake.zolotorev@dlapiper.com
SAORI KAJI (Bar No. 260392)
saori.kaji@dlapiper.com
SUMMER TORREZ (Bar No. 264858)
summer.torrez@dlapiper.com
JONATHAN HICKS (Bar No. 274634)
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

ERIN P. GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
JACOB D. ANDERSON (Bar No. 265768)
jacob.anderson@dlapiper.com
PETER MAGGIORE (Bar No. 292534)
peter.maggiore@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>               Defendant. | CASE NO. 14-cv-05330 HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE MEDIATION DEADLINE** |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-1(a)(5), and 7-12, Plaintiff DSS Technology Management, Inc. ("DSS") and Defendant Apple Inc. ("Apple"), through their respective counsel of record, hereby stipulate and request the Court to extend the deadline for the parties to complete mediation until September 6, 2019:

WHEREAS, on January 16, 2019, the Court entered a Scheduling Order, setting the Mediation Deadline for August 30, 2019 (Dkt. 183);

WHEREAS, the parties selected Retired District Court Judge Gandhi as their mediator;

WHEREAS, the parties, their counsel, and Judge Gandhi are each available for mediation on Thursday, September 5, 2019;

WHEREAS, the Parties have agreed to extend the deadline for completing the mediation by seven (7) calendar days, from August 30, 2019 to September 6, 2019;

WHEREAS, the extension of the deadline for mediation will not alter the date of any event or any deadline already set by this Court in this case.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that pursuant to Northern District of California Local Rule 7-12, the deadline for the Parties to complete mediation shall be extended by seven (7) calendar days, from August 30, 2019 to September 6, 2019.

IT IS SO STIPULATED.

Pursuant to Civil L.R. 5-1(i)(3), concurrence to the filing of this document was obtained from Kenneth Kula, counsel for DSS Technology Management, Inc., on August 21, 2019.

Dated: August 21, 2019

**DLA PIPER LLP (US)**

By */s/ Summer Torrez*
MARK D. FOWLER
CLAYTON THOMPSON
YAKOV M. ZOLOTOREV
ERIN P. GIBSON
SAORI KAJI
SUMMER TORREZ
JACOB D. ANDERSON
JONATHAN HICKS
PETER MAGGIORE

Attorneys for Defendant
APPLE INC.

**BUETHER JOE & CARPENTER, LLC**

By */s/ Kenneth Kula*
KENNETH KULA
CHRISTOPHER M. JOE
ERIC W. BUETHER
BRIAN A. CARPENTER

Attorneys for Plaintiff
DSS Technology Management, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 8/22/2019

By: /s/ *Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge