J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Counsel for Non-Party
AMAZON.COM, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 4:14-cv-05330-HSG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5** |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, non-party Amazon.com, Inc. ("Amazon"), plaintiff DSS Technology Management, Inc. ("DSS"), and defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on October 17, 2019, Apple filed a Notice of Motion and Motion for Claim Construction and Summary Judgment (Dkt. 264) and the Declaration of Clayton Thompson and exhibits in support thereof (Dkt. No. 264-1) (collectively, the "Motion");

WHEREAS Apple's Motion references or includes information produced by Amazon in response to a subpoena, and which was designated and marked as "Confidential – Attorneys' Eyes

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Only" by Amazon pursuant to the protective entered in this case;

WHEREAS, on October 17, 2019, Apple filed an Administrative Motion to File Document Under Seal (Dkt. No. 257) (the "Sealing Motion"), regarding the confidential information produced by Amazon and filed by Apple in connection with the Motion;

WHEREAS, Local Rule 79-5 requires that Amazon submit a response and declaration to the Court in support of sealing its confidential material within 4 days of the filing of Apple's Sealing Motion;

WHEREAS, Amazon received notice of Apple's filing of Amazon confidential information after close of business hours on October 17, 2019, and the deadline for Amazon to file its response to the Sealing Motion is currently October 21, 2019, just two business after having receiving notice of the Sealing Motion;

WHEREAS, in order to provide Amazon with adequate time to evaluate the material filed by Apple and prepare, as necessary, response(s) and declaration(s) in support of sealing, the Parties have conferred and agreed to extend the deadline for Amazon to file its response(s) and declaration(s) to Apple's Sealing Motion by one week, until October 28, 2019;

WHEREAS, the Parties agree that no party will be prejudiced and no other deadlines will be affected by the extension.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

Subject to the Court's approval, Amazon's deadline to submit response(s) and declaration(s) regarding Apple's Sealing Motion pursuant to Local Rule 79-5 is extended up to and until October 28, 2019.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

/ / /

| | |
|---|---|
| Dated: October 21, 2019 | */s/ Ravi Ranganath*<br>Ravi Ranganath<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>*Counsel for Non-Party*<br>AMAZON.COM, INC. |
| */s/ Kenneth Kula (by permission)*<br>Kenneth Kula<br>BUETHER JOE & CARPENTER, LLC<br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, TX 75201<br>United Sta<br>214-730-5660<br>Fax: 972-707-1248<br>Email: Ken.Kula@BJCIPLaw.com<br><br>*Attorneys for Plaintiff*<br>DSS TECHNOLOGY MANAGEMENT, INC. | */s/ Hannah Cannom (by permission)*<br>Hannah Cannom<br>WALKER STEVENS CANNOM LLP<br>500 Molino Street<br>Suite 118<br>Los Angeles, CA 90013<br>(213) 337-9972<br>Email: hcannom@wscllp.com<br><br>*Attorneys for Defendant*<br>APPLE INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2019

Honorable Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION AND ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5

CASE NO.: 4:14-cv-05330-HSG