Kenneth P. Kula (admitted *pro hac vice*)
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Telephone: (214) 730-5660
Facsimile: (214) 635-1829
Email: Ken.Kula@BJCIPLaw.com

*Attorneys for Plaintiff*
DSS TECHNOLOGY MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No.: 14-cv-05330 HSG <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, non-party Honeywell International, Inc. ("Honeywell") and plaintiff DSS Technology Management, Inc. ("DSS") and defendant Apple Inc. ("Apple") (together, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on October 17, 2019, DSS filed a Motion for Partial Summary Judgment and Declaration of Brian Carpenter and supporting exhibits (Dkt. 258), and the Confidential Declaration of Scott A. Denning and supporting exhibits (Dkt. No. 260) (together, the "Motion");

WHEREAS DSS's Motion references or includes information produced by Honeywell or its predecessors in interest ("Honeywell") in response to subpoenas, and which was designated and marked as "Confidential – Attorneys' Eyes Only" by Honeywell pursuant to the protective order entered in this case;

WHEREAS, on October 17, 2019, DSS filed an Administrative Motion to File Under Seal the Declaration of Scott Denning and Exhibits to the Declarations of Brian Carpenter and Scott Denning

1

in Support of DSS's Motion for Partial Summary Judgment (Dkt. No. 261) (the "Sealing Motion"), regarding the confidential information produced by Honeywell and filed by DSS in connection with the Motion;

WHEREAS, Local Rule 79-5 requires that Honeywell submit a response and declaration to the Court in support of sealing its confidential material within 4 days of the filing of DSS's Sealing Motion;

WHEREAS, Honeywell received notice of DSS's filing of Honeywell's confidential information at midday on October 18, 2019, and the deadline for Honeywell to file its response to the Sealing Motion is currently October 21, 2019, less than two business after having receiving notice of the Sealing Motion;

WHEREAS, in order to provide Honeywell with adequate time to evaluate the material filed by DSS and prepare, as necessary, response(s) and declaration(s) in support of sealing, the Parties have conferred and agreed to extend the deadline for Honeywell to file its response(s) and declaration(s) to DSS's Sealing Motion by one week, until October 28, 2019;

WHEREAS, the Parties agree that no party will be prejudiced and no other deadlines will be affected by the extension.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

Subject to the Court's approval, Honeywell's deadline to submit response(s) and declaration(s) regarding DSS's Sealing Motion pursuant to Local Rule 79-5 is extended up to and until October 28, 2019.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

///

2
STIPULATION AND ORDER EXTENDING DEADLINE PURSUANT
TO LOCAL RULE 79-5 – CASE NO. 4:14-CV-05330-HSG

Dated: October 21, 2019

*/s/ Jason Haycock (by permission)*
Jason Haycock (CSB No. 278983)
jason.haycock@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone: +1 415.882.8200
Facsimile: +1 415.882.8220

Counsel for Non-Party
HONEYWELL INTERNATIONAL, INC.

*/s/ Kenneth P. Kula*
Kenneth P. Kula
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
Telephone: (214) 730-5660
Facsimile: (214) 635-1829
Email: Ken.Kula@BJCIPLaw.com

*Attorneys for Plaintiff*
DSS TECHNOLOGY MANAGEMENT, INC.

*/s/Hannah Cannom (by permission)*
Hannah Cannom
WALKER STEVENS CANNOM LLP
500 Molino Street
Suite 118
Los Angeles, CA 90013
(213) 337-9972
Email: hcannom@wscllp.com

*Attorneys for Defendant*
APPLE INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2019

Honorable Haywood S. Gilliam, Jr.
United States District Judge