CHRISTOPHER M. JOE (Admitted PHV)
Chris.Joe@BJCIPLaw.com
ERIC W. BUETHER (Admitted PHV)
Eric.Buether@BJCIPLaw.com
BRIAN A. CARPENTER (CA 262349)
Brian.Carpenter@BJCIPLaw.com
KENNETH P. KULA (Admitted PHV)
Ken.Kula@BJCIPLaw.com
NIKY R. BAGLEY (Admitted PHV)
Niky.Bagley@BJCIPLaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:     (214) 466-1273
Facsimile:     (214) 635-1829

MARC A. FENSTER
State Bar No. 181067
mfenster@raklaw.com
ADAM S. HOFFMAN
State Bar No. 218740
ahoffman@raklaw.com
**RUSS, AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone:     (310) 826-7474
Facsimile:     (310) 826-6991

Attorneys for Plaintiff
DSS Technology Management, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>                Defendant. | CASE NO.  4:14-cv-05330 HSG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5** |

1 | Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, non-party Stragent, LLC, plaintiff DSS Technology Management, Inc. ("DSS"), and defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on October 17, 2019, DSS filed a Notice of Motion and Motion for Partial Summary Judgment (Dkt. 258) and the Declarations of Brian Carpenter (Dkt. 258-2), and Scott Denning, as well as exhibits in support thereof (Dkt. No. 260) (collectively, the "Motion");

WHEREAS DSS's Motion references or includes information produced by Stragent in response to a subpoena, as well as personal and confidential information in the Denning declaration, some of which was designated and marked as "Confidential – Attorneys' Eyes Only" by Stragent or other third parties pursuant to the protective order entered in this case;

WHEREAS, on October 17, 2019, DSS filed an Administrative Motion to File Document Under Seal (Dkt. No. 261) (the "Sealing Motion"), regarding the confidential information produced by Stragent or included by Denning (the "non-parties") and filed by DSS in connection with its Motion;

WHEREAS, Local Rule 79-5 requires the non-parties to submit a response and declaration to the Court in support of sealing its confidential material within 4 days of the filing of DSS's Sealing Motion;

WHEREAS, the non-parties received notice of DSS's filing of its confidential information after close of business hours on October 17, 2019, and the deadline for them to file their respective response to the Sealing Motion is currently October 21, 2019, just two business days after having receiving notice of the Sealing Motion;

WHEREAS, in order to provide the non-parties with adequate time to evaluate the material filed by Apple and prepare, as necessary, response(s) and declaration(s) in support of sealing, all Parties have conferred and agreed to extend the deadline for Stragent and Denning to file response(s) and declaration(s) to DSS's Sealing Motion by one week, until October 28, 2019;

WHEREAS, the Parties agree that no party will be prejudiced and no other deadlines will be affected by the extension.

**STIPULATION AND ORDER EXTENDING DEADLINE – CASE NO. 4:14-CV-05330 HSG**

**IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

Subject to the Court's approval, Stragent and Denning's deadline to submit response(s) and declaration(s) regarding DSS's Sealing Motion pursuant to Local Rule 79-5 is extended up to and until October 28, 2019.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 21, 2019

*/s/ Kenneth P. Kula*
Kenneth P. Kula
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
Telephone: (214) 730-5660
Facsimile: (972) 707-1248
Email: Ken.Kula@BJCIPLaw.com

**ATTORNEYS FOR NON-PARTY STRAGENT, LLC**

*/s/ Kenneth P. Kula*
Kenneth P. Kula
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
Telephone: (214) 730-5660
Facsimile: (972) 707-1248
Email: Ken.Kula@BJCIPLaw.com

**ATTORNEYS FOR PLAINTIFF DSS TECHNOLOGY MANAGEMENT, INC.**

*/s/ Hannah Cannom (by permission)*
Hannah Cannom
WALKER STEVENS CANNOM LLP
500 Molino Street
Suite 118
Los Angeles, CA 90013
Telephone: (213) 337-9972
Email: hcannom@wscllp.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/22/2019

Honorable Haywood S. Gilliam, Jr.
United States District Judge