Michael J. Newton (CA Bar No. 156225)
ALSTON & BIRD LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 838-2121
mike.newton@alston.com

Attorney for Non-Party Nokia Corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 4:14-cv-05330-HSG <br><br> **DECLARATION OF MICHAEL J. NEWTON IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 261)** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

1     I, Michael J. Newton, hereby declare as follows:

2     1.     I am a Partner with the law firm of Alston & Bird LLP, counsel for non-party Nokia Corporation ("Nokia") in the above-captioned action. I am a member in good standing of the State Bars of California and Texas and am admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

3     2.     Pursuant to Civil Local Rules 79-5(d)(1)(A) and 79-5(e)(1), I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal the Declaration of Scott Denning and Exhibits to the Declarations of Brian Carpenter and Scott Denning in Support of DSS' Motion for Partial Summary Judgment (Dkt. 261) and the Declaration of Kenneth P. Kula ("Kula Declaration") in support thereof.

4     3.     **Exhibit 2** to the Kula Declaration is a Patent License and Settlement Agreement between Nokia Corporation and the Zilka Parties (comprised of Kevin J. Zilka, Aloft Media LLC, Stragent, LLC, Azure Networks, LLC), which the Kula Declaration refers to as the "Stragent-Nokia Settlement Agreement." The Stragent-Nokia Settlement Agreement was designated as "ATTORNEYS' EYES ONLY" under the Protective Order. Nokia seeks permission to maintain the entirety of Exhibit 2 to the Kula Declaration under seal because it contains explicit references to Nokia's and the Zilka Parties' confidential agreement and license terms. In addition, Section 4 of the Stragent-Nokia Settlement Agreement requires that Nokia and the Zilka parties keep confidential the terms of the Stragent-Nokia Settlement Agreement. The Stragent-Nokia Settlement Agreement further requires the parties to designate materials under the highest level of protection if the Agreement is required to be disclosed in litigation.

5     4.     The information identified in the Stragent-Nokia Settlement Agreement is not available to the public, and given the highly competitive nature of the cellular industry, Nokia would likely be harmed by the public disclosure of this proprietary licensing information because it would give Nokia's competitors a window into Nokia's confidential licensing information and practices.

I declare under the penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, the foregoing is true and correct.

1 | Executed in Dallas, Texas this 24th day of October, 2019.

*/s/ Michael J. Newton*
Michael J. Newton