MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Bar No. 291331)
clayton.thompson@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
jake.zolotorev@dlapiper.com
SUMMER TORREZ (Bar No. 264858)
summer.torrez@dlapiper.com
JONATHAN HICKS (Bar No. 274634)
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

ERIN P. GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
JACOB D. ANDERSON (Bar No. 265768)
jacob.anderson@dlapiper.com
PETER MAGGIORE (Bar No. 292534)
peter.maggiore@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 14-cv-05330 HSG <br><br> **JOINT STIPULATION AND ORDER TO RESCHEDULE NOVEMBER 6, 2019 HEARING REGARDING DKTS. 215, 220, 223** |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-1(a)(5) and 7-12, Plaintiff DSS Technology Management, Inc. ("DSS") and Defendant Apple Inc. ("Apple"), through their respective counsel of record, hereby stipulate as follows regarding the November 6, 2019 hearing date:

WHEREAS, on July 8, 2019, DSS filed a Motion to Amend its Infringement Contentions (Dkt. 215);

WHEREAS, on July 22, 2019, Apple filed an Opposition to DSS' Motion to Amend its Infringement Contentions and a Cross-Motion to Strike DSS' Expert Report (Dkt. 220);

WHEREAS, on July 23, 2019, Apple filed a Motion for Leave to File an Amended Answer (Dkt. 223);

WHEREAS, on August 1, 2019, the Court entered a notice re-scheduling the hearings for the motions filed at Dkts. 215, 220 and 223 to October 31, 2019 at 2:00 p.m. (Dkt. 229);

WHEREAS, on October 25, 2019, the Court entered a notice rescheduling the October 31, 2019 hearing date for Dkts. 215, 220 and 223 to November 6, 2019 at 2:00 p.m. (Dkt. 295);

WHEREAS, lead counsel for Apple has a pre-existing conflict that prevents his attendance on the rescheduled, November 6, 2019, hearing date;

WHEREAS, the parties have met and conferred regarding a potential date to reschedule the hearing date for Dkts. 215, 220 and 223 and both parties are first available on November 20 or 21 to attend the hearing, and respectfully request that the Court reschedule the above-referenced hearing from November 6, 2019 until November 20 or November 21, 2019; and

WHEREAS, rescheduling the November 6 hearing to November 20 or November 21, 2019 will not alter the date of any event or any deadline already set by this Court in this case.

IT IS SO STIPULATED.

Pursuant to Civil L.R. 5-1(i)(3), concurrence to the filing of this document was obtained from Niky Bagley, counsel for DSS Technology Management, Inc., on October 28, 2019.

Dated: October 28, 2019

**DLA PIPER LLP (US)**

By */s/ Summer Torrez*
    MARK D. FOWLER
    CLAYTON THOMPSON
    YAKOV M. ZOLOTOREV
    ERIN P. GIBSON
    SUMMER TORREZ
    JACOB D. ANDERSON
    JONATHAN HICKS
    PETER MAGGIORE

Attorneys for Defendant
APPLE INC.

**BUETHER JOE & CARPENTER, LLC**

By */s/ Niky Bagley*
    CHRISTOPHER M. JOE
    ERIC W. BUETHER
    BRIAN A. CARPENTER
    NIKY BAGLEY
    KENNETH KULA

Attorneys for Plaintiff
DSS Technology Management, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The hearing for Dkts. 215, 220 and 223 is rescheduled from November 6, 2019 at 2:00 p.m. to November 21, 2019 at 2:00 p.m.

Dated: 10/31/2019

By /s/ Haywood S. Gilliam, Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge