WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street #118
Los Angeles, CA 90013
Telephone:     (213) 337-9972
Facsimile:      (213) 403-4906

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No.: 14-cv-05330 HSG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5**<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, non-party Microsoft Corporation ("Microsoft"), plaintiff DSS Technology Management, Inc. ("DSS"), and defendant Apple Inc. ("Apple" and, together with DSS, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on November 14, 2019, Apple filed an Opposition to Plaintiff's Motion for Partial Summary Judgment together with the Declaration of Hannah Cannom and supporting exhibits (Dkt. 312) (together, the "Opposition");

WHEREAS, Apple's Opposition references or includes information produced by Microsoft in response to a subpoena, and which was designated and marked as "Highly Confidential – Attorneys' Eyes Only" by Microsoft pursuant to the protective order entered in this case;

WHEREAS, on November 14, 2019, Apple filed an Administrative Motion to File Under Seal Exhibits to the Declaration of Hannah Cannom in Support of Apple's Opposition to Plaintiff's Motion

for Partial Summary Judgment (Dkt. No. 311) (the "Sealing Motion"), regarding the confidential information produced by Microsoft and filed by Apple in connection with the Opposition;

WHEREAS, Local Rule 79-5 requires that Microsoft submit a response and declaration to the Court in support of sealing its confidential material within 4 days of the filing of Apple's Sealing Motion;

WHEREAS, Microsoft received notice of Apple's filing of Microsoft's confidential information after the close of business on November 14, 2019, and the deadline for Microsoft to file its response to the Sealing Motion is currently November 18, 2019, just two business days after receiving notice of the Sealing Motion;

WHEREAS, in order to provide Microsoft with adequate time to evaluate the material filed by Apple and prepare, as necessary, response(s) and declaration(s) in support of sealing, the Parties have conferred and agreed to extend the deadline for Microsoft to file its response(s) and declaration(s) to Apple's Sealing Motion by one week, until November 25, 2019; and

WHEREAS, the Parties agree that no party will be prejudiced and no other deadlines will be affected by the extension.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

Subject to the Court's approval, Microsoft's deadline to submit response(s) and declaration(s) regarding Apple's Sealing Motion pursuant to Local Rule 79-5 is extended up to and until November 25, 2019.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

///

Dated: November 15, 2019

/s/ Kathi Vidal (by permission)
Kathi Vidal
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Tel: (650) 858-6500
Facsimile: (650) 858-6550
Email: kvidal@winston.com

Counsel for Non-Party
MICROSOFT CORPORATION

/s/ Kenneth Kula (by permission)
Kenneth Kula
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
Telephone:   (214) 730-5660
Facsimile:   (214) 635-1829
Email: Ken.Kula@BJCIPLaw.com

*Attorneys for Plaintiff*
DSS TECHNOLOGY MANAGEMENT, INC.

/s/Hannah Cannom
Hannah Cannom
WALKER STEVENS CANNOM LLP
500 Molino Street
Suite 118
Los Angeles, CA 90013
Telephone: (213) 337-9972
Facsimile: (213) 403-4906
Email: hcannom@wscllp.com

*Attorneys for Defendant*
APPLE INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/18/2019

Honorable Haywood S. Gilliam, Jr.
United States District Judge