J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Counsel for Non-Party
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC. <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 4:14-cv-05330-HSG <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5** |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, non-party Amazon.com, Inc. ("Amazon"), plaintiff DSS Technology Management, Inc. ("DSS"), and defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on November 14, 2019, Apple filed an Opposition to Plaintiff's Motion for

1 Partial Summary Judgment and the Declaration of Hannah Cannom and supporting exhibits (Dkt.

2 312) (collectively, the "Opposition");

3 WHEREAS Apple's Opposition references or includes information produced by Amazon

4 in response to a subpoena, and which was designated and marked as "Confidential – Attorneys'

5 Eyes Only" by Amazon pursuant to the protective entered in this case;

6 WHEREAS, on November 14, 2019, Apple filed an Administrative Motion to File Docu-

7 ment Under Seal (Dkt. No. 311) (the "Sealing Motion"), regarding the confidential information

8 produced by Amazon and filed by Apple in connection with the Opposition;

9 WHEREAS, Local Rule 79-5 requires that Amazon submit a response and declaration to

10 the Court in support of sealing its confidential material within 4 days of the filing of Apple's

11 Sealing Motion;

12 WHEREAS, Amazon received notice of Apple's filing of Amazon confidential infor-

13 mation after close of business hours on November 14, 2019, and the deadline for Amazon to file

14 its response to the Sealing Motion is currently November 18, 2019, just two business days after

15 receiving notice of the Sealing Motion;

16 WHEREAS, in order to provide Amazon with adequate time to evaluate the material filed

17 by Apple and prepare, as necessary, response(s) and declaration(s) in support of sealing, the Parties

18 have conferred and agreed to extend the deadline for Amazon to file its response(s) and declara-

19 tion(s) to Apple's Sealing Motion by one week, until November 25, 2019;

20 WHEREAS, the Parties agree that no party will be prejudiced and no other deadlines will

21 be affected by the extension.

22 **IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

23 Subject to the Court's approval, Amazon's deadline to submit response(s) and declara-

24 tion(s) regarding Apple's Sealing Motion pursuant to Local Rule 79-5 is extended up to and until

25 November 25, 2019.

26 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

27 / / /

28

STIPULATION AND ORDER
EXTENDING DEADLINE PURSUANT TO
LOCAL RULE 79-5      2      CASE NO.: 4:14-cv-05330-HSG

| | |
|---|---|
| Dated: November 15, 2019 | /s/ Ravi Ranganath<br>Ravi Ranganath<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>*Counsel for Non-Party*<br>AMAZON.COM, INC. |
| /s/ Kenneth Kula (by permission)<br>Kenneth Kula<br>BUETHER JOE & CARPENTER, LLC<br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, TX 75201<br>United Sta<br>214-730-5660<br>Fax: 972-707-1248<br>Email: Ken.Kula@BJCIPLaw.com<br><br>*Attorneys for Plaintiff*<br>DSS TECHNOLOGY MANAGEMENT, INC. | /s/ Hannah Cannom (by permission)<br>Hannah Cannom<br>WALKER STEVENS CANNOM LLP<br>500 Molino Street<br>Suite 118<br>Los Angeles, CA 90013<br>(213) 337-9972<br>Email: hcannom@wscllp.com<br><br>*Attorneys for Defendant*<br>APPLE INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/18/2019

*Haywood S. Gilliam Jr.* (signature)
Honorable Haywood S. Gilliam, Jr.
United States District Judge