MARK FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Bar No. 291331)
clayton.thompson@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
jake.zolotorev@dlapiper.com
SUMMER TORREZ (Bar No. 264858)
summer.torrez@dlapiper.com
JONATHAN HICKS (Bar No. 274634)
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:     650.833.2000
Fax:    650.833.2001

ERIN P. GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
PETER MAGGIORE (Bar No. 292534)
peter.maggiore@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:     619.699.2700
Fax:    619.699.2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 14-cv-05330 HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING CROSS-MOTION TO STRIKE BRIEFING SCHEDULE AND HEARING DATE** |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-1(a)(5), and 7-12, Plaintiff DSS Technology Management, Inc. ("DSS") and Defendant Apple Inc. ("Apple"), through their respective counsel of record, hereby stipulate as follows regarding Apple's upcoming cross-motion to strike:

WHEREAS, on January 16, 2019, the Court entered a Scheduling Order setting the Dispositive Motion Hearing Deadline for October 31, 2019 at 2:00 p.m. (Dkt. 183);

WHEREAS, on August 1, 2019, the Court entered an order resetting the Dispositive Motion Hearing Deadline from October 31, 2019 at 2:00 p.m. to December 19, 2019 at 2:00 p.m.;

WHEREAS, on August 9, 2019, the parties submitted a stipulation (Dkt. 238) to extend the briefing schedule for the Dispositive and *Daubert* Motions, as follows:

| EVENT | DEADLINE |
|---|---|
| Deadline for Dispositive Motions and Daubert Motions | October 17, 2019 |
| Opposition to Dispositive Motions and Daubert Motions | November 14, 2019 |
| Replies in Support of Dispositive Motions and Daubert Motions | December 5, 2019 |

WHEREAS, on August 9, 2019, the Court granted the parties' stipulation (Dkt. 239);

WHEREAS, on October 17, 2019, the parties filed Dispositive Motions and *Daubert* Motions (Dkts. 258, 264, 265, 268);

WHEREAS, on October 17, 2019, each of the parties also filed a Motion to Strike certain expert testimony (Dkts. 263, 270);

WHEREAS, on October 25, 2019, the parties submitted a stipulation (Dkt. 296) agreeing to the same briefing schedule for the Motions to Strike as the Dispositive and *Daubert* Motions, as well as the following briefing schedule for DSS' Second Motion to Strike portions of Dr. Fuja's expert report regarding the claimed "server microcomputer" limitation as it relates to the priority date of the Patent-in-Suit:

///

///

///

| EVENT | DEADLINE |
|---|---|
| Opposition to DSS' Motion to Strike | December 5, 2019 |
| Reply in Support of DSS' Motion to Strike | December 12, 2019 |

WHEREAS, on October 31, 2019, the Court granted the parties' stipulation (Dkt. 304);

WHEREAS, on November 14, 2019, DSS filed an Opposition to Apple's Motion for Summary Judgment (Dkt. 315) and a Second Motion to Strike portions of Dr. Fuja's expert report regarding the claimed "server microcomputer" limitation as it relates to the priority date of the Patent-in-Suit (Dkt. 329);

WHEREAS, DSS submitted a declaration from Mr. Denning in support of DSS' Opposition to Apple's Motion for Summary Judgment and a Second Motion to Strike portions of Dr. Fuja's expert report regarding the claimed "server microcomputer" limitation as it relates to the priority date of the Patent-in-Suit (Dkt. 320);

WHEREAS, Apple intends to file a cross-motion to strike the declaration of Mr. Denning (Dkt. 320) regarding the claimed "server microcomputer" limitation as it relates to the priority date of the Patent-in-Suit, on December 5, 2019 ("Upcoming Cross-Motion to Strike");

WHEREAS, the Parties have agreed to the following briefing schedule for Apple's Upcoming Cross-Motion to Strike:

| EVENT | DEADLINE |
|---|---|
| Opposition to Apple's Upcoming Cross-Motion to Strike | December 12, 2019 |
| Reply in Support of Apple's Upcoming Cross-Motion to Strike | No written reply |

WHEREAS, the Parties submit this briefing schedule so that, in the interest of efficiency, the Court may hear Apple's Upcoming Cross-Motion to Strike at the December 19, 2019 hearing on the Dispositive and *Daubert* Motions; and

| | |
|---|---|
| 1 | WHEREAS, the briefing schedule and the December 19, 2019 hearing date for the Upcoming Cross-Motion to Strike will not alter the date of any event or any deadline already set by this Court in this case. |
| 4 | IT IS SO STIPULATED. |

Pursuant to Civil L.R. 5-1(i)(3), concurrence to the filing of this document was obtained from Niky Bagley, counsel for DSS Technology Management, Inc., on November 21, 2019.

Dated: November 21, 2019

**DLA PIPER LLP (US)**

By */s/ Summer Torrez*
MARK D. FOWLER
CLAYTON THOMPSON
YAKOV M. ZOLOTOREV
ERIN P. GIBSON
SUMMER TORREZ
JONATHAN HICKS
PETER MAGGIORE

Attorneys for Defendant
APPLE INC.

**BUETHER JOE & CARPENTER, LLC**

By */s/ Niky Bagley*
CHRISTOPHER M. JOE
ERIC W. BUETHER
BRIAN A. CARPENTER
NIKY BAGLEY
KENNETH KULA

Attorneys for Plaintiff
DSS Technology Management, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 11/22/2019

By /s/ Haywood S. Gilliam Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge