WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street #118
Los Angeles, CA 90013
Telephone: (213) 337-9972
Facsimile: (213) 403-4906

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No.: 14-cv-05330 HSG <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5** <br> Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, non-party Microsoft Corporation ("Microsoft"), plaintiff DSS Technology Management, Inc. ("DSS"), and defendant Apple Inc. ("Apple" and, together with DSS, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on December 6, 2019, DSS filed a Reply Brief in Support of Motion for Partial Summary Judgment and Exhibit 2 thereto (Dkt. 367) (together, the "Reply");

WHEREAS, DSS's Reply references or includes information produced by Microsoft in response to a subpoena, and which was designated and marked as "Highly Confidential – Attorneys' Eyes Only" by Microsoft pursuant to the protective order entered in this case;

WHEREAS, on December 5, 2019, DSS filed an Administrative Motion to File Under Seal Reply in Support of Motion for Partial Summary Judgment and Exhibits 2, 3, and 10 to the Declaration

of Brian A. Carpenter (Dkt. No. 365) (the "Sealing Motion"), regarding the confidential information produced by Microsoft and filed by DSS in connection with the Reply;

WHEREAS, Local Rule 79-5 requires that Microsoft submit a response and declaration to the Court in support of sealing its confidential material within 4 days of the filing of DSS's Sealing Motion;

WHEREAS, Microsoft received notice of DSS's filing of Microsoft's confidential information after the close of business on December 5, 2019, and the deadline for Microsoft to file its response to the Sealing Motion is currently December 9, 2019, just two business days after receiving notice of the Sealing Motion;

WHEREAS, in order to provide Microsoft with adequate time to evaluate the confidential Microsoft material filed by DSS and prepare, as necessary, response(s) and declaration(s) in support of sealing, the Parties have conferred and agreed to extend the deadline for Microsoft to file its response(s) and declaration(s) to DSS's Sealing Motion by one week, until December 16, 2019; and

WHEREAS, the Parties agree that no party will be prejudiced and no other deadlines will be affected by the extension.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

Subject to the Court's approval, Microsoft's deadline to submit response(s) and declaration(s) regarding DSS's Sealing Motion pursuant to Local Rule 79-5 is extended up to and until December 16, 2019.

//
//
//
//
//
//
//
//
//

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| /s/ Kenneth Kula (by permission) | /s/Hannah Cannom |
| Kenneth Kula | Hannah Cannom |
| BUETHER JOE & CARPENTER, LLC | WALKER STEVENS CANNOM LLP |
| 1700 Pacific Avenue | 500 Molino Street |
| Suite 4750 | Suite 118 |
| Dallas, TX 75201 | Los Angeles, CA 90013 |
| Telephone: (214) 730-5660 | Telephone: (213) 337-9972 |
| Facsimile: (214) 635-1829 | Facsimile: (213) 403-4906 |
| Email: Ken.Kula@BJCIPLaw.com | Email: hcannom@wscllp.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| DSS TECHNOLOGY MANAGEMENT, INC. | APPLE INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/9/2019

Honorable Haywood S. Gilliam, Jr.
United States District Judge