J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Counsel for Non-Party
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 4:14-cv-05330-HSG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE PURSUANT TO LOCAL RULE 79-5** |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, non-party Amazon.com, Inc. ("Amazon"), plaintiff DSS Technology Management, Inc. ("DSS"), and defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on December 5, 2019, Apple filed a Reply in Support of Apple's Motion for

Claim Construction and Summary Judgment (Dkt. 368) and a Reply in Support of Motion to Exclude the Testimony of DSS' Experts Relating to Damages (Dkt. 363) (collectively, Apple's Reply Briefs);

WHEREAS, Apple's Reply Briefs reference or include information produced by Amazon in response to a subpoena, and which was designated and marked as "Confidential – Attorneys' Eyes Only" by Amazon pursuant to the protective order entered in this case;

WHEREAS, on December 5, 2019, Apple filed an Administrative Motion to File Document Under Seal regarding the confidential information produced by Amazon and filed by Apple in connection with each of the Apple Reply Briefs (Dkt Nos. 362, 366) (the "Apple Sealing Motions");

WHEREAS, on December 5, 2019, DSS filed a Reply in Support of Motion for Partial Summary Judgment (Dkt. 367), the Declaration of Brian A. Carpenter, and accompanying exhibits (collectively "DSS Reply Brief");

WHEREAS, the DSS Reply Brief references or includes information produced by Amazon in response to a subpoena, and which was designated and marked as "Confidential – Attorneys' Eyes Only" by Amazon pursuant to the protective order entered in this case;

WHEREAS, on December 5, 2019, DSS filed an Administrative Motion to File Document Under Seal regarding the confidential information produced by Amazon and filed by DSS in connection with the DSS Reply Brief (Dkt Nos. 365) (the "DSS Sealing Motion");

WHEREAS, Local Rule 79-5 requires that Amazon submit a response and declaration to the Court in support of sealing its confidential material within 4 days of the filing of the Apple Sealing Motions and the DSS Sealing Motion;

WHEREAS, Amazon received notice of Apple's and DSS's filing of Amazon confidential information after close of business hours on December 5, 2019, and the deadline for Amazon to file its response to Apple's and DSS's Sealing Motions is currently December 9, just two business days after receiving notice of the Sealing Motion;

WHEREAS, in order to provide Amazon with adequate time to evaluate the material filed by Apple and prepare, as necessary, responses and declarations in support of sealing, the Parties

have conferred and agreed to extend the deadline for Amazon to file its responses and declarations to Apple's and DSS's Sealing Motion by one week, until December 16, 2019;

WHEREAS, the Parties agree that no party will be prejudiced and no other deadlines will be affected by the extension.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

Subject to the Court's approval, Amazon's deadline to submit responses and declarations regarding Apple's Sealing Motions and DSS's Sealing Motion pursuant to Local Rule 79-5 is extended up to and until December 16, 2019.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

/ / /

Dated: December 6, 2019

*/s/ Ravi Ranganath*
Ravi Ranganath
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

*Counsel for Non-Party*
AMAZON.COM, INC.

*/s/ Kenneth Kula (with permission)*
Kenneth Kula
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
United Sta
214-730-5660
Fax: 972-707-1248
Email: Ken.Kula@BJCIPLaw.com

*Attorneys for Plaintiff*
DSS TECHNOLOGY MANAGEMENT, INC.

*/s/ Hannah Cannom (with permission)*
Hannah Cannom
WALKER STEVENS CANNOM LLP
500 Molino Street
Suite 118
Los Angeles, CA 90013
(213) 337-9972
Email: hcannom@wscllp.com

*Attorneys for Defendant*
APPLE INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/9/2019

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge