| | |
|---|---|
| 1 | MARK D. FOWLER (Bar No. 124235) |
| | mark.fowler@us.dlapiper.com |
| 2 | CLAYTON THOMPSON (Bar No. 291331) |
| | clayton.thompson@us.dlapiper.com |
| 3 | YAKOV M. ZOLOTOREV (Bar No. 224260) |
| | jake.zolotorev@us.dlapiper.com |
| 4 | SUMMER TORREZ (Bar No. 264858) |
| | summer.torrez@us.dlapiper.com |
| 5 | JONATHAN HICKS (Bar No. 274634) |
| | jonathan.hicks@us.dlapiper.com |
| 6 | ERIN MCLAUGHLIN (Bar No. 290853) |
| | erin.mclaughlin@us.dlapiper.com |
| 7 | **DLA PIPER LLP (US)** |
| | 2000 University Avenue |
| 8 | East Palo Alto, CA 94303-2214 |
| | Tel: 650.833.2000 |
| 9 | Fax: 650.833.2001 |
| 10 | ERIN P. GIBSON (Bar No. 229305) |
| | erin.gibson@us.dlapiper.com |
| 11 | SUSAN ACQUISTA (Bar No. 253969) |
| | susan.acquista@us.dlapiper.com |
| 12 | PETER MAGGIORE (Bar No. 292534) |
| | peter.maggiore@us.dlapiper.com |
| 13 | **DLA PIPER LLP (US)** |
| | 401 B Street, Suite 1700 |
| 14 | San Diego, CA 92101-4297 |
| | Tel: 619.699.2700 |
| 15 | Fax: 619.699.2701 |
| 16 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., | CASE NO. 14-cv-05330 HSG |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION TO SUBMIT JOINT SET OF PROPOSED JURY INSTRUCTIONS** |
| v. | |
| APPLE INC., | |
| Defendant. | |

`Pursuant to Civil Local Rules 6-1(b), 6-2, 7-1(a)(5), and 7-12, Plaintiff DSS Technology Management, Inc. ("DSS") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows regarding the submission of the joint set of proposed jury instructions:

WHEREAS, on January 16, 2019, the Court entered a Scheduling Order setting the Pretrial Conference for January 28, 2020 at 3:00 p.m. and Jury Selection/Jury Trial for February 24, 2020 at 8:30 a.m. (Dkt. 183);

WHEREAS, on December 4, 2019, the clerk issued a notice that the Pretrial Conference, previously set for January 28, 2020, is continued to February 4, 2020, at 3:00 p.m., but pretrial filings are due based on the original not the continued pretrial conference date (Dkt. 357);

WHEREAS, pursuant to the Civil Pretrial And Trial Standing Order For Cases Before District Judge Haywood S. Gilliam, Jr., January 14, 2020 is the deadline for the Parties to submit to the Court a proposed joint set of jury instructions along with one-page explanations as to disputed instructions;

WHEREAS, the Parties have met and conferred and agreed to extend the deadline for the Parties to submit a proposed joint set of jury instructions along with one-page explanations as to disputed instructions, by one week, to January 21, 2020;

WHEREAS, good cause exists to permit this one-week extension of the deadline to submit a proposed joint set of jury instructions along with one-page explanations as to disputed instructions. The Parties have been engaged in meet and confers, in order to reduce the number of disputed instructions and accompanying explanations. The additional week will allow the Parties to continue to engage in this process and further reduce the number of disputed instructions and accompanying explanations for submission to this Court; and

WHEREAS, the one-week extension of the deadline to submit a proposed joint set of jury instructions along with one-page explanations as to disputed instructions will not alter the date of any event or any deadline already set by this Court in this case.

IT IS SO STIPULATED.

Pursuant to Civil L.R. 5-1(i)(3), concurrence to the filing of this document was obtained from Niky Bagley, counsel for DSS Technology Management, Inc., on January 10, 2020.

Dated: January 10, 2020

**DLA PIPER LLP (US)**

By */s/ Summer Torrez*
MARK D. FOWLER
CLAYTON THOMPSON
YAKOV M. ZOLOTOREV
ERIN P. GIBSON
SUSAN ACQUISTA
SUMMER TORREZ
JONATHAN HICKS
ERIN MCLAUGHLIN
PETER MAGGIORE

Attorneys for Defendant
APPLE INC.

Dated: January 10, 2020

**BUETHER JOE & CARPENTER, LLC**

By */s/ Niky Bagley*
CHRISTOPHER M. JOE
ERIC W. BUETHER
BRIAN A. CARPENTER
NIKY BAGLEY
KENNETH KULA

Attorneys for Plaintiff
DSS Technology Management, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 1/13/2020

By _____
HAYWOOD S. GILLIAM, JR.
United States District Judge