1  MARK D. FOWLER (Bar No. 124235)
   mark.fowler@us.dlapiper.com
2  CLAYTON THOMPSON (Bar No. 291331)
   clayton.thompson@us.dlapiper.com
3  YAKOV M. ZOLOTOREV (Bar No. 224260)
   jake.zolotorev@us.dlapiper.com
4  SUMMER TORREZ (Bar No. 264858)
   summer.torrez@us.dlapiper.com
5  JONATHAN HICKS (Bar No. 274634)
   jonathan.hicks@us.dlapiper.com
6  ERIN MCLAUGHLIN (Bar No. 290853)
   erin.mclaughlin@us.dlapiper.com
7  **DLA PIPER LLP (US)**
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Tel:    650.833.2000
9  Fax:    650.833.2001

10 ERIN P. GIBSON (Bar No. 229305)
   erin.gibson@us.dlapiper.com
11 SUSAN ACQUISTA (Bar No. 253969)
   susan.acquista@us.dlapiper.com
12 PETER MAGGIORE (Bar No. 292534)
   peter.maggiore@us.dlapiper.com
13 **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
14 San Diego, CA  92101-4297
   Tel:    619.699.2700
15 Fax:    619.699.2701

16 Attorneys for Defendant
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., | CASE NO. 14-cv-05330 HSG |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION TO SUBMIT PRETRIAL FILINGS** |
| v. | |
| APPLE INC., | |
| Defendant. | |

1    Pursuant to Civil Local Rules 6-1(b), 6-2, 7-1(a)(5), and 7-12, Plaintiff DSS Technology

2    Management, Inc. ("DSS") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"),

3    through their respective counsel of record, hereby stipulate as follows regarding the submission of

4    the pretrial filings:

5           WHEREAS, on January 16, 2019, the Court entered a Scheduling Order setting the

6    Pretrial Conference for January 28, 2020 at 3:00 p.m. and Jury Selection/Jury Trial for February

7    24, 2020 at 8:30 a.m. (Dkt. 183);

8           WHEREAS, on December 4, 2019, the clerk issued a notice that the Pretrial Conference,

9    previously set for January 28, 2020, is continued to February 4, 2020, at 3:00 p.m., but pretrial

10   filings are due based on the original not the continued pretrial conference date (Dkt. 357);

11          WHEREAS, pursuant to the Civil Pretrial And Trial Standing Order For Cases Before

12   District Judge Haywood S. Gilliam, Jr., January 14, 2020 is the deadline for the Parties to submit

13   to the Court the pretrial filings pursuant to ¶¶ 6-15 and ¶¶ 23-26 of Judge Gilliam's Pretrial

14   Standing Order (i.e., the joint pretrial statement and proposed order, proposed jury instructions,

15   proposed *voir dire* questions, proposed statement of the case, trial briefs and oppositions to

16   motions in *limine*);

17          WHEREAS, on January 10, 2020, the Parties submitted a stipulation to extend the

18   deadline for the Parties to submit a proposed joint set of jury instructions along with one-page

19   explanations as to disputed instructions, by one week, to January 21, 2020 (Dkt. 411) and the

20   Court granted that stipulation on January 13, 2020 (Dkt. 412);

21          WHEREAS, on January 14, 2020, the Court denied DSS' motion to amend infringement

22   contentions and granted Apple's cross-motion to strike DSS' infringement expert report and set a

23   Further Case Management Conference for January 21, 2020 (Dkt. 413);

24          WHEREAS, the parties have met and conferred and agree that in light of the Court's

25   January 14, 2020 Order and scheduling of the January 21, 2020 Further Case Management

26   Conference, the pretrial filings which are due on January 14 and 21, 2020, should be extended

27   until January 24, 2020, which is after the Further Case Management Conference;

28

WHEREAS, the extension of the pretrial filing deadlines to January 24, 2020 will not alter the date of any other event or any deadline already set by this Court in this case.

IT IS SO STIPULATED.

Pursuant to Civil L.R. 5-1(i)(3), concurrence to the filing of this document was obtained from Niky Bagley, counsel for DSS Technology Management, Inc., on January 14, 2020.

Dated: January 14, 2020                    **DLA PIPER LLP (US)**

By  */s/ Summer Torrez*
    MARK D. FOWLER
    CLAYTON THOMPSON
    YAKOV M. ZOLOTOREV
    ERIN P. GIBSON
    SUSAN ACQUISTA
    SUMMER TORREZ
    JONATHAN HICKS
    ERIN MCLAUGHLIN
    PETER MAGGIORE

    Attorneys for Defendant
    APPLE INC.

Dated: January 14, 2020

    **BUETHER JOE & CARPENTER, LLC**

By  */s/ Niky Bagley*
    CHRISTOPHER M. JOE
    ERIC W. BUETHER
    BRIAN A. CARPENTER
    NIKY BAGLEY
    KENNETH KULA

    Attorneys for Plaintiff
    DSS Technology Management, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 1/15/2020

By _____
HAYWOOD S. GILLIAM, JR.
United States District Judge