| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | | | COURT USE ONLY OBJECTION DEADLINE: 3/23/2020 OBJECTION FILED: Yes ☒   No ☐ |
|---|---|---|---|---|
| 1. CASE NAME: *DSS Technology Management, Inc. v. Apple Inc.* | 2. CASE NUMBER 14-cv-05330-HSG | | 3. DATE JUDGMENT ENTERED February 24, 2020 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED DSS Technology Management Inc. |
| 5. NAME OF CLAIMING PARTY Apple Inc. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Clayton Thompson | | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE 650.833.2070 clayton.thompson@us.dlapiper.com |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:   (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason Code/Notes |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $700.00 | *See* Exhibit A to Declaration of Clayton Thompson In Support of Apple's Bill of Costs ("Thompson Declaration") | | $700.00 | E - Pro Hac Vice fees not allowable |
| Service of Process, Civil LR 54-3(a)(2) | $4,174.88 | *See* Exhibit B to Thompson Declaration | | $4,174.88 | E |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $495.80 | *See* Exhibit C to Thompson Declaration | $495.80 | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | $0 | N/A | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | $0 | N/A | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $44,798.60 | *See* Exhibit D to Thompson Declaration | $31,243.60 | $13,555.00 | C - O + 1 of transcript/video allowed |
| Deposition exhibits, Civil LR 54-3(c)(3) | $5,653.80 | *See* Exhibit D to Thompson Declaration | $5,653.80 | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $0 | N/A | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | $1,075.00 | *See* Exhibit F to Thompson Declaration | $1,075.00 | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $41,213.14 | *See* Exhibit G to Thompson Declaration | $19,775.64 | $21,437.50 | E |
| Trial exhibits, Civil LR 54-3(d)(4) | $0 | N/A | | | |

WEST\289634863.1

| | | | | | |
|---|---|---|---|---|---|
| Visual aids, Civil LR 54(d)(5) | $15,900.00 | See Exhibit H to Thompson Declaration | $15,900.00 | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $280.00 | See Exhibit E to Thompson Declaration | $280.00 | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | $0 | N/A | | | |
| Court-appointed experts, 28 USC § 1920(6) | $0 | N/A | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | $0 | N/A | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | $0 | N/A | | | |
| Costs of bonds and security, Civil LR 54-3(h) | $0 | N/A | | | |
| **TOTAL AMOUNT** | 114,291.22 | | $ 74,423.84 | $ 39,867.38 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party**:

**SIGNATURE**:   /s/ Clayton Thompson         **DATE**: 3/9/2020

11. Costs are taxed in the amount of  $74,423.84   and included in the judgment.
Susan Y. Soong
Clerk of Court

BY:  *Kelly Collins*  , Deputy Clerk     **DATE**:  3/25/2020

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| See Exhibit E to Thompson Declaration | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

WEST\289634863.1