UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 4:14-cv-05330 HSG <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REVIEW OF BILL OF COSTS** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

1

Upon Consideration of Plaintiff DSS Technology Management, Inc.'s ("DSS")'s Motion for Review of Bill of Costs, and finding the Motion well-founded, hereby modifies the Bill of Costs, and hereby taxes costs to DSS in favor of Apple, Inc. as follows:

| | |
|---|---:|
| Filing Fees | $0.00 |
| Fees for service of process | $0.00 |
| Reporters Transcripts | $0.00 |
| Originals and Copies of Deposition Transcripts ~~and~~ **or** Video | $25,555.70 |
| Exhibits to Depositions | 5,653.80 |
| Witness Fees and Expenses | $280.00 |
| Government Records | $1,075.00 |
| Cost of Reproducing Documents | $16,308.68 |
| "Visual Aids | $ 0.00 |
| **TOTAL:** | **$48,873.18** |

**IT IS SO ORDERED.**

Dated:_____

_____
HAYWOOD S. GILLIAM, JR.

2