CHRISTOPHER M. JOE (Admitted PHV)
Chris.Joe@BJCIPLaw.com
ERIC W. BUETHER (Admitted PHV)
Eric.Buether@BJCIPLaw.com
BRIAN A. CARPENTER (CA 262349)
Brian.Carpenter@BJCIPLaw.com
KENNETH P. KULA (Admitted PHV)
Ken.Kula@BJCIPLaw.com
MICHAEL D. RICKETTS (Admitted PHV)
Mickey.Ricketts@BJCIPLaw.com
MICHAEL C. POMEROY (Admitted PHV)
Michael.Pomeroy@BJCIPLaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:     (214) 466-1273
Facsimile:     (214) 635-1829

MARC A. FENSTER
State Bar No. 181067
mfenster@raklaw.com
Adam S. Hoffman
State Bar No. 218740
ahoffman@raklaw.com
**RUSS, AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone:     (310) 826-7474
Facsimile:     (310) 826-6991

Attorneys for Plaintiff
DSS Technology Management, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> APPLE, INC., <br><br> Defendant. | CASE NUMBER: 4:14-CV-05330-HSG <br><br> **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR REVIEW OF BILL OF COSTS** |

1

1  Plaintiff DSS Technology Management, Inc. ("Plaintiff" or "DSS") requests to
2  withdraw its *Motion for Review of the Bill of Costs* [Dkt No. 454] (the "Motion").  The reason
3  for this request is that the issues raised in the Motion have been rendered moot by the
4  agreement between DSS and Apple Inc. ("Apple"), which agreement is reflected in the Joint
5  Stipulation filed contemporaneously herewith.

DATED: April 7, 2020

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Brian A. Carpenter*
Brian A. Carpenter (CA No. 262349)
Eric W. Buether (Admitted *Pro Hac Vice*)
Christopher M. Joe (Admitted *Pro Hac Vice*)
Kenneth P. Kula (Admitted *Pro Hac Vice*)
Michael D. Ricketts (Admitted *Pro Hac Vice*)
Michael C. Pomeroy (Admitted *Pro Hac Vice*)
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
Telephone:    (214) 466-1273
Facsimile:     (214) 635-1829

Marc A. Fenster (#181067)
Adam S. Hoffman (#218740)
**RUSS, AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone:    (310) 826-7474
Facsimile:     (310) 826-6991

**ATTORNEYS FOR PLAINTIFF
DSS TECHNOLOGY MANAGEMENT, INC.**

## CERTIFICATE OF CONFERENCE

Pursuant to L.R. 54-2(b), on April 6, 2020, the below-signed counsel and counsel for Apple met and conferred regarding this matter and that Defendant's counsel has indicated that the Defendant is not opposed to the relief sought herein..

Dated:  April 7, 2020                              /s/ Brian A. Carpenter
                                                                Brian A. Carpenter