UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 14-cv-05330 HSG (JSC) <br><br> **STIPULATION OF THE PARTIES REGARDING BILL OF COSTS AND ORDER TAXING COSTS** <br><br> Judge:   Hon. Haywood S. Gilliam, Jr. |

1  WHEREAS, Plaintiff DSS Technology Management, Inc. ("DSS") asserted that Defendant Apple Inc. ("Apple") in the above-titled civil case infringes at least one claim of U.S. Patent No. 6,128,290 ("the '290 patent") and 5,699,357 ("the '357 patent") (Dkt. 1);

WHEREAS, on January 14, 2020, the Court issued its Order on *DSS's Motion to Amend Infringement Contentions and Apple's Cross-Motion to Strike Expert Report* (Dkt. 413) in which the Court denied DSS' *Motion to Amend Infringement Contentions* (Dkt. 215), and granted Apple's *Cross Motion to Strike* (Dkt. 220);

WHEREAS, on February 24, 2020, the Court entered Final Judgment (Dkt. 447) of non-infringement on all claims of the '290 patent against DSS and for Apple;

WHEREAS, on March 9, 2020, Apple filed its Bill of Costs, identifying certain costs it sought to be taxed against DSS pursuant to the Federal Rules of Civil Procedure and the Civil Local Rules of this Court (Dkt. 449);

WHEREAS, on March 23, 2020, DSS filed its Objections to Apple's Bill of Costs (Dkt. 452);

WHEREAS, on March 25, 2020, the Clerk entered the Costs Taxed against DSS and for Apple in the amount of $74,423.84 (Dkt. 453);

WHEREAS, on April 1, 2020, DSS filed its Motion for Review of Bill of Costs (Dkt. 454);

WHEREAS, on April 2, 6, and 7, 2020, counsel for Apple and counsel for DSS met and conferred via email to discuss a resolution to the dispute regarding the Bill of Costs in order to avoid burdening the Court or Magistrate Judge Corley with any dispute regarding the Bill of Costs;

DSS and Apple (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The Parties agree to a reduction of Apple's taxed costs against DSS from the $74,423.84 taxed by the Clerk (Dkt. 453) to an agreed upon $61,648.51 of taxed costs against DSS and for Apple.

2.  DSS agrees to withdraw all objections and requests for review of the Clerk's taxation of costs (Dkt. 454) and, contemporaneous with the filing of this Stipulation, DSS is filing a Notice of Withdrawal of DSS' Motion for Review of Bill of Costs and agrees to taxation of costs against DSS and for Apple in the amount of $61,648.51.

3.  Apple agrees to defer collection on the $61,648.51 taxed against DSS and for Apple following final resolution of all pending appeals (Dkts. 450, 451).

4.  The Parties respectfully request that the Court enter the attached Order directing the Clerk to tax costs against DSS and for Apple in the agreed-to amount of $61,648.51.

**IT IS SO STIPULATED.**

Dated: April 7, 2020          **BUETHER JOE & CARPENTER, LLC**

                              By  */s/ Brian A. Carpenter*
                              CHRISTOPHER M. JOE
                              ERIC W. BUETHER
                              BRIAN A. CARPENTER
                              KENNETH KULA

                              Attorneys for Plaintiff
                              DSS Technology Management, Inc.


Dated: April 7, 2020          **DLA PIPER LLP (US)**

                              By  */s/ Peter Maggiore*
                              MARK D. FOWLER
                              CLAYTON THOMPSON
                              YAKOV M. ZOLOTOREV
                              ERIN P. GIBSON
                              SUSAN ACQUISTA
                              SUMMER TORREZ
                              JONATHAN HICKS
                              ERIN MCLAUGHLIN
                              PETER MAGGIORE

                              Attorneys for Defendant
                              APPLE INC.

# ATTESTATION

I, Brian A. Carpenter, am the ECF User whose ID and password are being used to file this **STIPULATION OF THE PARTIES REGARDING BILL OF COSTS AND ORDER TAXING COSTS**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories listed above have read and approved the filing of this brief.

Dated:  April 7, 2020

By */s/ Brian A. Carpenter*
Brian A. Carpenter