1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 14-cv-05330 HSG <br><br> **[PROPOSED] ORDER TAXING COSTS** <br><br> Judge:   Hon. Haywood S. Gilliam, Jr. |

1  **THIS MATTER**, came before the Court on the Stipulation Of The Parties
2  Regarding Bill of Costs And Order Taxing Costs ("Stipulation") by Plaintiff DSS
3  Technology Management, Inc. ("DSS") and Defendant Apple Inc. ("Apple") (collectively,
4  the "Parties").  The Court, having reviewed and considered the submitted papers in this
5  matter and all relevant factual statements therein, hereby **GRANTS** the Parties' Stipulation.
6  The Clerk shall tax costs against DSS and for Apple in the amount of $61,648.51, and
7  Apple shall defer collection of such costs until following final resolution of all pending
8  appeals (Dkts. 450, 451).

10  **IT IS SO ORDERED.**

12  Dated: _____

14  HAYWOOD S. GILLIAM, JR.