UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 14-cv-05330 HSG <br><br> [PROPOSED] ORDER TAXING COSTS <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

**THIS MATTER**, came before the Court on the Stipulation Of The Parties Regarding Bill of Costs And Order Taxing Costs ("Stipulation") by Plaintiff DSS Technology Management, Inc. ("DSS") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"). The Court, having reviewed and considered the submitted papers in this matter and all relevant factual statements therein, hereby **GRANTS** the Parties' Stipulation. The Clerk shall tax costs against DSS and for Apple in the amount of $61,648.51, and Apple shall defer collection of such costs until following final resolution of all pending appeals (Dkts. 450, 451).

**IT IS SO ORDERED.**

Dated: 4/8/2020

_____
HAYWOOD S. GILLIAM, JR.